```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION
```

**BERNICE WALTON,**

    **Plaintiff,**

v.                                              Cv. No.: 11-3019-JTF

**KELLOGG COMPANY,**

    **Defendant.**


# JUDGMENT


    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order Denying Motion to Dismiss as Moot, Order Of Dismissal for Failure to Prosecute, Order Certifying Appeal Not Taken in Good Faith, and Order Denying Leave to Proceed in Forma Pauperis on Appeal entered by the Court on September 12, 2012.


**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                    THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE            CLERK


July 22, 2014                           *s/Lorri Fentress*
DATE                                    (By) LAW CLERK